1  **Richard A. Madsen, Jr.  (SBN 146174)**
**MADSEN LAW FIRM**
2  **551 Hartz Avenue, Suite B**
**Danville, California  94526**
3  **Telephone:   (925) 837-0900**
**Facsimile:    (925) 837-0905**
4  **Email:        Rick@MadsenLawFirm.com**

5  **Attorney for Plaintiff,**
**Natalie Sramek**

6

7

8              **UNITED STATES DISTRICT COURT**

9        **IN THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  **Natalie Sramek,**                               **Case No.:   15-cv-04873-HSG**

12          **Plaintiff,**                            **STIPULATED REQUEST TO**
                                                       **MOVE INITIAL CASE**
                                                       **MANAGEMENT CONFERENCE**
13  **vs.**                                           **AND EXTEND TIME FOR**
                                                       **SERVICE AND DEFENDANTS'**
14  **California Highway Patrol ("CHP");**            **TIME TO ANSWER**
    **CHP Commissioner Joseph Farrow;**
15  **CHP Officer Sean Harrington;**
    **CHP Officer Robert Hazelwood;**
16  **individually and in their official capacities**
    **as peace officers; and DOES 1-100,**
17
            **Defendants.**
18  _____/

19

20          Pursuant to Civil Local Rule 6-2, the parties hereby submit their stipulated

21  request to extend time for service and for Defendants' time to answer, and to move the

22  initial Case Management Conference currently scheduled for January 26, 2016, at 2:00

23  p.m., for the following reasons:

24          1.      This action is one of two cases filed in the above-captioned court, that

25  involve all or a material part of the same subject matter and all, or substantially all, of

26  the same parties as this action.  This stipulated request is being simultaneously made in

27  the other case as well (*Vogt vs. CHP, et al.* Case No. 15-cv-05199-JCS).

28          2.      In both actions, Defendant, California Highway Patrol (by and through the

Office of the Attorney General, State of California) received plaintiff's "Notice of a

1  Lawsuit and Request to Waive Service of Summons," along with the Complaint, and all

2  other required documents on December 14, 2015.   Subsequently, the parties have

3  engaged in a good faith dialogue regarding several anticipated issues, including the

4  status and perfection of service of the Complaint on the individual defendants.   The

5  stipulated requested extension will provide the parties additional time to ensure all

6  parties are properly served and represented for appearance in the action.

7       3.    The parties have conferred and share an interest in an efficient and

8  economical approach to managing this litigation, and are evaluating with their clients

9  the possibility of engaging in early private mediation.   To that end, the parties believe

10  that moving the initial Case Management Conference and extending Defendants' time to

11  appear and respond to the Complaint would prevent premature expenditure of resources

12  and allow the Parties to further organize, confer on, and evaluate the two pending

13  related actions filed in this District for efficient management.

14       4.    Therefore, the parties stipulate and jointly request that new dates in this

15  matter be assigned and ordered as follows:

16      ·  Service of all Defendants on or before March 1, 2016

17      ·  Extend Defendants' time to answer to April 15, 2016

18      ·  Initial Case Management Conference on or about May 17, 2016 (with other

19         associated deadlines continued accordingly).

20       5.    There have been no previous requests or orders for time modification in

21  the case.  The requested extension of time will not appreciably delay proceedings in this

22  action, and will enable more efficient and economical management of the litigation. No

23  parties will be prejudiced, and all parties will remain similarly positioned to proceed

24  without further delay.

25  ///

26  ///

27

28

1

**IT IS SO STIPULATED AND REQUESTED.**

2

3

Dated:  January 13, 2016

4

5

6

By:  /s/ Richard A. Madsen, Jr.            By: /s/ Wil Fong

7

8

Richard A. Madsen, Jr., Esq.          Wil Fong, Esq.
Attorney at Law                       Deputy Attorney General

9

Madsen Law Firm                       Office of the Attorney General
551 Hartz Avenue, Ste. B              1515 Clay Street, 20th Floor

10

Danville, CA  94526                   Oakland, CA  94612-0550

11

Telephone:   (925) 837-0900           Telephone: (510) 622-2114
Facsimile:     (925) 837-0905         Facsimile: (510) 622-2121
Email:  Rick@MadsenLawFirm.com        Email: Wil.Fong@doj.ca.gov

12

13

Attorney for Plaintiff                Attorney for Defendant
Natalie Sramek                        California Highway Patrol

14

15

16

**PURSUANT TO STIPULATION, IT IS SO ORDERED EXCEPT THAT THE**

17

**CASE MANAGEMENT CONFERENCE WILL BE HELD ON MAY 10, 2016.**

18

19

Dated:  January 14, 2016

20

Honorable Haywood S. Gilliam, Jr.

21

22

23

24

25

26

27

28