UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH VOGT,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>        Defendants. | Case No. 15-cv-05199-JCS<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIPOF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is referred to District Judge Hayward Gilliam to determine whether it is related to Case No. 15-cv-04873 HSG.

**IT IS SO ORDERED**.

Dated: January 15, 2016

JOSEPH C. SPERO
Chief Magistrate Judge