Richard A. Madsen, Jr.  (SBN 146174)
MADSEN LAW FIRM
551 Hartz Avenue, Suite B
Danville, California  94526
Telephone:  (925) 837-0900
Facsimile:   (925) 837-0905
Email:        Rick@MadsenLawFirm.com

Attorney for Plaintiff,
Natalie Sramek

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natalie Sramek,<br><br>            Plaintiff,<br><br>vs.<br><br>California Highway Patrol ("CHP");<br>CHP Commissioner Joseph Farrow;<br>CHP Officer Sean Harrington;<br>CHP Officer Robert Hazelwood;<br>individually and in their official capacities<br>as peace officers; and DOES 1-100,<br><br>            Defendants.<br>_____/ | Case No.:   15-cv-04873-HSG<br><br>STIPULATED REQUEST TO MOVE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR SERVICE AND TIME TO ANSWER |

Pursuant to Civil Local Rule 6-2, the parties hereby submit their stipulated request to extend time for service and for Defendants' time to answer, and to move the Case Management Conference currently scheduled for May 10, 2016, at 2:00 p.m., for the following reasons:

1.    This action is one of two cases filed in the above-captioned court, that involve all or a material part of the same subject matter and all, or substantially all, of the same parties as this action.  The two matters have since been determined related, and are now both assigned to Hon. Haywood S. Gilliam, Jr.  This stipulated request is being

simultaneously made in the other case as well (*Vogt vs. CHP, et al.* Case No. 15-cv-05199-HSG).

2.   In both actions, Wil Fong, Deputy Attorney General, has accepted service on behalf of the state defendant, California Highway Patrol, via a waiver of service executed on January 12, 2016.

3.   The parties have conferred and share a good faith interest in an efficient and economical approach to managing these litigations. To that end, both matters are now currently scheduled for a global private mediation on May 2, 2016, in San Francisco, California, with Hon. Joseph W. Hilberman of ADR Services, Inc.

4.   As such, the parties agree that moving the Case Management Conference set for May 10, 2016, and extending Defendants' time to be served, appear and respond to the Complaint, will allow sufficient time for the parties to prepare for, participate in, and complete the privately scheduled mediation in advance of appearing in court.

5.   Therefore, the parties stipulate and jointly request that new dates in this matter be assigned and ordered as follows:

- Service of all Defendants on or before May 18, 2016
- Extend all Defendants' time to answer to July 5, 2016
- Initial Case Management Conference on or about August 11, 2016 (with other associated deadlines continued accordingly).

6.   There has been one previous request and order for time modification in the case. However, the instant requested extension of time will not appreciably further delay proceedings in this action, and will enable more efficient and economical management of the litigation by allowing time for participation and completion of a private global mediation in advance of any court appearance. No parties will be prejudiced, and all parties will remain similarly positioned to proceed without further delay.

///

///

IT IS SO STIPULATED AND REQUESTED

Dated: April 11, 2016

By: /s/ Richard A. Madsen, Jr.

Richard A. Madsen, Jr., Esq.
Attorney at Law
Madsen Law Firm
551 Hartz Avenue, Ste. B
Danville, CA 94526
Telephone: (925) 837-0900
Facsimile: (925) 837-0905
Email: Rick@MadsenLawFirm.com

Attorney for Plaintiff
Natalie Sramek

By: /s/ Wil Fong

Wil Fong, Esq.
Deputy Attorney General
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 622-2114
Facsimile: (510) 622-2121
Email: Wil.Fong@doj.ca.gov

Attorney for Defendant
California Highway Patrol

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, except that the case management conference will be held on August 16, 2016, at 2:00 p.m. The parties are directed to file a joint status report of no more than two pages within seven days of the May 2, 2016, mediation, informing the Court of the outcome of the mediation session.

Dated: _____ April 12 , 2016

Honorable Haywood S. Gilliam, Jr.