UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE SRAMEK,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No. 15-cv-04873-HSG<br><br>**ORDER DIRECTING THE PARTIES TO RESPOND**<br><br>Re: Dkt. Nos. 11, 12 |
| LEAH VOGT,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No. 15-cv-05199-HSG<br><br>Re: Dkt. Nos. 15, 16 |

On May 13, 2016, the parties filed a joint status report asking the Court to allow additional time for settlement discussions and waive existing deadlines related to filing, serving, and answering the complaint. Dkt. No. 11. The parties informed the Court that they would file a further joint status report on or about June 1, 2016. *Id.* On May 17, 2016, the Court directed the parties to file a joint status report of no more than two pages on or before June 1, 2016. Dkt. No. 12. The deadline to file a further joint status report has passed, and the parties did not file the required status report.

//

//

The Court hereby DIRECTS the parties to file a further joint status report of no more than two pages within 3 days of this Order.

**IT IS SO ORDERED.**

Dated: 6/3/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2