Richard A. Madsen, Jr.  (SBN 146174)
MADSEN LAW FIRM
551 Hartz Avenue, Suite B
Danville, California  94526
Telephone:   (925) 837-0900
Facsimile:    (925) 837-0905
Email:          Rick@MadsenLawFirm.com

Attorney for Plaintiff,
Natalie Sramek

# UNITED STATES DISTRICT COURT

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natalie Sramek, | Case No.:   15-cv-04873-HSG |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| California Highway Patrol ("CHP"); CHP Commissioner Joseph Farrow; CHP Officer Sean Harrington; CHP Officer Robert Hazelwood; individually and in their official capacities as peace officers; and DOES 1-100, | |
| Defendants.                                              / | |

   Pursuant to the Court's order on June 10, 2016, the parties hereby submit the following Joint Status Report:

  1. The parties are in the process of finalizing their global settlement to resolve the claims of all plaintiffs against all defendants in the instant matter, and in the related matter (*Vogt vs. California Highway Patrol, et al.*, Case No. 15-cv-05199-HSG).

  2. A formal settlement agreement/release was drafted by defendant California Highway Patrol and circulated between the parties and their respective counsel for review, modification, approval, and execution.  All settlement documents

have now been executed by plaintiffs and submitted to the Office of the Attorney General for processing.

     3.    The parties request the Court vacate the CMC scheduled for August 16th, 2016 (and other related deadlines), and grant an additional 45-60 days for the finalization of the settlement, receipt of settlement funds, and the anticipated filing of a Stipulated Dismissal – OR – for the filing of a further updated Joint Status Report if there is any additional delay.

**Respectfully submitted,**

Dated:  August 9, 2016

By: /s/ Richard A. Madsen, Jr.             By: /s/ Wil Fong

Richard A. Madsen, Jr., Esq.             Wil Fong, Esq.
Attorney at Law             Deputy Attorney General
Madsen Law Firm             Office of the Attorney General
551 Hartz Avenue, Ste. B             1515 Clay Street, 20th Floor
Danville, CA  94526             Oakland, CA  94612-0550
Telephone:   (925) 837-0900             Telephone: (510) 622-2114
Facsimile:   (925) 837-0905             Facsimile: (510) 622-2121
Email:  Rick@MadsenLawFirm.com             Email: Wil.Fong@doj.ca.gov

Attorney for Plaintiff             Attorney for Defendant
Natalie Sramek             California Highway Patrol

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The CMC scheduled for August 16, 2016, is vacated.  The parties are directed to file an updated Joint Status Report of no more than two pages on or before _____September 23_, 2016, in the event a Stipulation of Dismissal has not been filed in advance of that date.

Dated:  _____August 9_, 2016             *Haywood S. Gilliam Jr.*
                                                                  Honorable Haywood S. Gilliam, Jr.