1    KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2    JEFFREY R. VINCENT, State Bar No. 161013
Supervising Deputy Attorney General
3    WILFRED FONG, State Bar No. 154303
Deputy Attorney General
4     1515 Clay Street, 20th Floor
P.O. Box 70550
5     Oakland, CA  94612-0550
Telephone:  (510) 622-2114
6     Fax:  (510) 622-2121
E-mail:  Wil.Fong@doj.ca.gov
7    *Attorneys for Defendant California Highway Patrol*

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12   **NATALIE SRAMEK,** | Case No.  15-cv-04873 HSG |
| 13                Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION, AND ORDER** |
| 14      **v.** | |
| 15   **CALIFORNIA HIGHWAY PATROL, et al.** | Judge:        Hon. Haywood S. Gilliam, Jr. |
| 16               Defendants, | Trial Date:     TBA<br>Action Filed:  October 22, 2015 |
| 17 | |

18

19       Plaintiff Natalie Sramek and Defendant California Highway Patrol hereby stipulate to the

20   DISMISSAL of this action in its entirety, including all claims against all defendants, with

21   prejudice.  Each side shall bear its own costs and attorneys fees.

22   SO STIPULATED:

23   Dated:  July 23, 2016                 RICHARD A. MADSEN, JR.
24                                           MADSEN LAW FIRM

25

26                          *    /s/Richard A. Madsen, Jr.*
27                          RICHARD A. MADSEN, JR.
*Attorney for Plaintiff Natalie Sramek*

28

1

1    Dated:  July 26, 2016

2                                                    KAMALA D. HARRIS
                                                     Attorney General of California
                                                     JEFFREY R. VINCENT
                                                     Supervising Deputy Attorney General

3

4

5                                                    _____*/s/Wil Fong*_____
                                                     WIL FONG
6                                                    Deputy Attorney General
                                                     *Attorneys for Defendant California Highway*
                                                     *Patrol*

7

8                                    **ORDER**

9              The above Stipulation of the parties is hereby approved and made the Order of this Court.

10    This action is **DISMISSED**, in its entirety, with prejudice.  Each side shall bear its own costs and

11    attorneys fees.

12             **IT IS SO ORDERED.**

13    Dated:  September 2, 2016

14                                                   _____
                                                     HON. HAYWOOD S. GILLIAM, Jr.
15                                                   United States District Judge

16

17

18

19

20

21

22

23

24    OK2015900755
      90659665.doc

25

26

27

28

                                              2